**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-7731**

VICTOR QUINONES-MOLINAR, a/k/a Gondola
Quinones-Molinar,

                                    Petitioner - Appellant,

          versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

                                    Respondent - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, District Judge.  (CA-01-
471-MJG)

Submitted:  February 14, 2002          Decided:  March 6, 2002

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Victor Quinones-Molinar, Appellant Pro Se.  Stephen Matthew
Schenning, United States Attorney, Baltimore, Maryland; George W.
Maugans, IMMIGRATION AND NATURALIZATION SERVICE, Baltimore, Mary-
land; Patrick Shen, Linda Susan Wendtland, UNITED STATES DEPARTMENT
OF JUSTICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Victor Quinones-Molinar, a native and citizen of Panama who was a lawful resident of the United States until he was ordered deported to Panama as a result of an aggravated felony conviction, appeals the district court's order denying his 28 U.S.C. § 2241 petition for writ of habeas corpus. In his petition, Quinnones-Molinar challenged his continued post-removal detention by the Immigration and Nationalization Service under 8 U.S.C. § 1231(a)(6) and 8 C.F.R. § 241.4. The record reflects that during the pendency of this appeal, Quinones-Molinar was deported to Panama. Finding this appeal to be moot, we dismiss it accordingly. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2